IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JERMAINE LLOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 119-053 |
| | ) | |
| RICHARD ROUNDTREE, Sheriff; | ) | |
| MAJOR TILLER; CAPTAIN REEVES; | ) | |
| CAPTAIN WHITE; LIEUTENANT | ) | |
| CHEETHAM; CORPORAL | ) | |
| KITCHENS; SERGEANT BARBER; | ) | |
| DEPUTY BAKER; DEPUTY WILSON; | ) | |
| DEPUTY POWELL; DEPUTY JONES; | ) | |
| DEPUTY ALBRIGHT; CORRECT CARE | ) | |
| SOLUTIONS; CHRIS RUDD; and | ) | |
| NATALIE PAINE, District Attorney, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Defendants Roundtree, Tiller, Reeves, White, Cheetham, Kitchens, Barber, Baker, Wilson, Powell, Rudd, Correct Care Solutions, and Paine. The case shall proceed against Defendants Albright and Jones as described in the Magistrate Judge's June 25, 2019 Order. (See doc. no. 12.)

SO ORDERED this 18th day of July, 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA