IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JERMAINE LLOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 119-053 |
| | ) |
| DEPUTY BILLY ALBRIGHT and | ) |
| DEPUTY JAVEN JONES, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants' motion for summary judgment, (doc. no. 20), **DIRECTS** the Clerk to **ENTER** final judgment in favor of Defendants Albright and Jones, and **CLOSES** this civil action.

SO ORDERED this 31st day of August, 2020, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA