AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JERMAINE LLOYD,

       Plaintiff,

**JUDGMENT IN A CIVIL CASE**

       **v.**

CASE NUMBER:  CV119-053

DEPUTY BILLY ALBRIGHT and DEPUTY
JAVEN JONES,

       Defendants.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑    **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered 8/31/20, the Report and Recommendation of

the Magistrate Judge is ADOPTED as the opinion of this Court.  Therefore, the defendant's Motion

for Summary Judgment is GRANTED and Judgment is hereby entered in favor of defendants

Albright and Jones. This case stands CLOSED.



| | |
|---|---|
| 8/31/2020 | John E. Triplett, Acting Clerk |
| *Date* | *Clerk* |
| | *Candy Asbell* |
| | *(By) Deputy Clerk* |

GAS Rev 10/1/03